# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Payne, Robert E. | United States District Court Eastern District of Virginia | 12/04/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Article III Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final | 01/01/2014<br>to<br>12/31/2014 |
| | **5b.** ☑ Amended Report | |

**7. Chambers or Office Address**

United States District Court
701 E. Broad Street, Suite 7310
Richmond, Virginia 23219

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 12/04/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 09/26/2014 | IRA #1 Distribution | $25,151.94 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 09/25/2014 | IRA #2 DISTRIBUTION |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 12/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | CREDIT CARD | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | E | Int./Div. | O | T | | | | | |
| 2. --Alerian MLP ETF | | | | | Buy | 04/11/14 | J | | |
| 3. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 4. --Allianceber Sm. Cap | | | | | Buy (add'l) | 12/18/14 | J | | |
| 5. -- Artisan Mid Cap Value Fund | | | | | Buy (add'l) | 12/16/14 | J | | |
| 6. -- Blackrock Equity Dividend Fund CL Institutional | | | | | Buy (add'l) | 04/11/14 | J | | |
| 7. | | | | | Sold (part) | 09/22/14 | J | A | |
| 8. --Blackrock High Yield Bond Fund | | | | | Buy (add'l) | 08/15/14 | J | | |
| 9. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 10. --Calamos Market Neutral | | | | | Sold (part) | 09/22/14 | J | A | |
| 11. -- Columbia Select Large Cap Fund | | | | | Sold (part) | 04/11/14 | J | A | |
| 12. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 13. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 14. | | | | | Sold (part) | 09/22/14 | J | A | |
| 15. --Fundvantage Tr Polen | | | | | Buy (add'l) | 08/15/14 | J | | |
| 16. | | | | | Sold (part) | 09/22/14 | J | A | |
| 17. -- Guggenheim Managed Futures (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 12

**Name of Person Reporting**

Payne, Robert E.

**Date of Report**

12/04/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Invesco Premier Inst. (Y) (Money Market Fund = cash) | | | | | | | | | |
| 19. -- IQ Alpha Hedge Strategy Fund | | | | | Sold (part) | 09/22/14 | J | A | |
| 20. -- Lazard Developing Markets Equity (Y) | | | | | | | | | |
| 21. -- Loomis Sayles Bond Inst (Y) | | | | | | | | | |
| 22. -- MS Liquid Asset Fund | | | | | | | | | |
| 23. --Metropolitan West Tot Ret | | | | | Buy | 09/29/14 | J | | |
| 24. --Oakmark I | | | | | Buy (add'l) | 04/11/14 | J | | |
| 25. | | | | | Sold (part) | 08/15/14 | J | A | |
| 26. | | | | | Sold (part) | 09/22/14 | J | A | |
| 27. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 28. -- Oppenheimer Int'l Growth Fund | | | | | Buy (add'l) | 08/15/14 | J | | |
| 29. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 30. -- Pimco Commodity Real Return P Fund | | | | | Buy (add'l) | 01/03/14 | J | | |
| 31. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 32. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 33. --Pimco Total Return Fund (Y) | | | | | | | | | |
| 34. -- Prudential Jennison Mid Cap Growth Fund | | | | | Sold (part) | 09/22/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Ramius Trading Strat. Mngd Futures | | | | | Sold (part) | 09/22/14 | J | A | |
| 36. -- Royce Premier Fund | | | | | Buy (add'l) | 12/18/14 | J | | |
| 37. -- Templeton Global Bond Fund (Y) | | | | | | | | | |
| 38. -- Virtus Foreign Opp. I | | | | | Sold (part) | 09/22/14 | J | A | |
| 39. -- Virtus Insight Emerging Markets (Y) | | | | | | | | | |
| 40. --Virtus MultiSector Short Term Bond | | | | | Buy (add'l) | 01/03/14 | J | | |
| 41. | | | | | Sold (part) | 08/15/14 | K | A | |
| 42. | | | | | Sold (part) | 09/22/14 | J | A | |
| 43. --Voya Global Real Estate Fund (Y) | | | | | | | | | |
| 44. -- Western Asset Core Plus Bond Fund (Y) | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. IRA #2 | D | Int./Div. | M | T | | | | | |
| 47. -- Allianceber Small Growth Cap (Y) | | | | | | | | | |
| 48. -- Artisan Midcap Value (Y) | | | | | | | | | |
| 49. -- Aston/Montag & Caldwell Growth | | | | | Buy (add'l) | 08/15/14 | J | | |
| 50. -- Blackrock Equity Div. A | | | | | Buy (add'l) | 04/11/14 | J | | |
| 51. -- Columbia Select LG CP Growth | | | | | Buy (add'l) | 08/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- EV Income Fund of Boston | | | | | Buy (add'l) | 08/15/14 | J | | |
| 53. -- Invesco Developing Markets A (Y) | | | | | | | | | |
| 54. --Invesco Prem US Govt Mny Inst | | | | | Buy | 09/26/14 | J | | |
| 55. -- Ivy Midcap Growth (Y) | | | | | | | | | |
| 56. -- Lazard Emerging Markets Fund (Y) | | | | | | | | | |
| 57. -- Oakmark I (Y) | | | | | | | | | |
| 58. -- Oppenheimer Int'l Growth Fund (Y) | | | | | | | | | |
| 59. -- Pimco Foreign Bond (Y) | | | | | | | | | |
| 60. -- Pimco Low Duration A | | | | | Sold (part) | 08/15/14 | J | A | |
| 61. -- Royce Premier Fund (Y) | | | | | | | | | |
| 62. -- Virtus Foreign Opp. A (Y) | | | | | | | | | |
| 63. -- Virtus MultiSect Short Term Bond | | | | | Sold (part) | 08/15/14 | J | A | |
| 64. -- Western Asset Core Plus Portfolio (Y) | | | | | | | | | |
| 65. -- Western Asset Government Money Market Fund (Y) | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 68. -- AMC Networks Inc (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Actavis | A | Dividend | J | T | | | | | |
| 70. -- Anadarko Pete (APC) (Y) | | | | | | | | | |
| 71. -- Autodesk Inc. (Y) | | | | | | | | | |
| 72. -- Biogen (Y) | | | | | | | | | |
| 73. -- Broadcom Corp (Y) | | | | | | | | | |
| 74. -- Cablevision Systems Corp (Y) | | | | | | | | | |
| 75. -- Citrix Systems Inc. (Y) | | | | | | | | | |
| 76. -- Comcast Corp (Y) | | | | | | | | | |
| 77. -- Covidien PLC (Y) | | | | | | | | | |
| 78. -- Cree Research Inc (Y) | | | | | | | | | |
| 79. -- DirectTV Com (Y) | | | | | | | | | |
| 80. -- Dolby Cla (Y) | | | | | | | | | |
| 81. -- Fluor Corp (Y) | | | | | | | | | |
| 82. -- Forest Laboratories Inc | | | | | Redeemed | 07/01/14 | J | | |
| 83. -- Freeport McMoran CP&GLD (Y) | | | | | | | | | |
| 84. -- Immunogen Inc. (Y) | | | | | | | | | |
| 85. -- Isis Pharm Inc. (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- L-3 Communications Hldg. Inc (Y) | | | | | | | | | |
| 87. -- Liberty Interactive Co (Y) | | | | | | | | | |
| 88. -- Liberty Media Corp (Y) | | | | | | | | | |
| 89. -- National Oilwell Varco Inc. (Y) | | | | | | | | | |
| 90. -- NOW Inc (Y) | | | | | | | | | |
| 91. -- Nucor Corp (Y) | | | | | | | | | |
| 92. -- Pall Corp (Y) | | | | | | | | | |
| 93. -- Pentair Ltd (Y) | | | | | | | | | |
| 94. -- Sandisk Corp (Y) | | | | | | | | | |
| 95. -- Seagate Technology, Inc. (Y) | | | | | | | | | |
| 96. -- Starz Series A (Y) | | | | | | | | | |
| 97. -- TE Connectivity Ltd (Y) | | | | | | | | | |
| 98. -- The ADT Corporation Com (ADT) (Y) | | | | | | | | | |
| 99. -- Tyco Int'l Ltd (Y) | | | | | | | | | |
| 100. -- UnitedHealth Gp Inc (Y) | | | | | | | | | |
| 101. -- Vertex Pharmaceuticals (Y) | | | | | | | | | |
| 102. -- Weatherford Int'l Ltd (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 12/04/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 106. -- MorganStanley - Cash | A | Interest | J | T | | | | | |
| 107. -- Western Asset Managed Municipal | A | Dividend | J | T | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. -- Mallen Research Ltd Partnership | | None | J | W | | | | | |
| 112. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 12/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, page 5, line 19, Guggenheim Managed Futures - this asset was listed in 2013 report, page 5, line 31, "sold part" on 5/6/13 should have been "sold" - this asset was sold entirely in 2013.

2. Part VII, page 5, line 33, Pimco Total Return Fund - this asset was sold on 9/29/14 at a value less than $1,000 (reportable value). It appears on this 2014 Amended Report dated 12/04/15 with a "Y."

3. Part VII, page 6, line 44, Voya Global Real Estate Fund, is a name change. In the 2013 report, Part VII, page 5, lines 32 and 33, asset was named ING Global Real Estate Fund,

4. Part VII, page 8, line 70, Actavis PLC bought Forest Laboratories Inc. in 2014. Therefore, Forest Laboratories Inc., page 8, line 83 reflects a redemption on July 1, 2014; Forest Laboratores will no longer appear in financial disclosure reports and Actavis PLC will appear in its place.

5. Part VII, page 9, line 91, NOW Inc is a spinoff of Pentair Ltd (page 9, line 94 of 2014 report). Spinoff occurred in 2014 so NOW Inc asset first appears on 2014 report.

6. In 2013 report, page 9, lines 99 and 100, Blackrock Inflation Protection Bond, the transaction "sold part" on 03/18/13 should have been "sold" - this asset was sold entirely in 2013. Line 100, "buy (add'l) on 09/13/13 was an erroneous entry.

7. In 2013 report, page 15, line 192, Wells Fargo & Co, inadvertently omitted that this asset was sold on 4/30/13; therefore it does not appear on the 2014 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 12/04/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Payne**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544